

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00540-CV

Levi and Michelle **MCKENZIE**,
Appellants

v.

**COMMUNITY NATIONAL BANK,**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-05-21843-CV
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to file Brief is GRANTED. The appellee's brief is due on February 13, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court